THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROGER P. BARTHEL,<br><br>Defendant. | No. 2:24-cr-00006-JLR<br><br>~~(PROPOSED)~~ ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL |

THE COURT has considered Roger Barthel's unopposed motion to continue the trial date and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for Mr. Barthel the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as counsel for Mr. Barthel has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and Mr. Barthel in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

ORDER TO CONTINUE TRIAL
(*U.S. v. Barthel*, No. 2:24-cr-00006-JLR) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1   (e) the additional time requested between the current trial date of March 20,
2 2024, and the new trial date is necessary to provide counsel for Mr. Barthel the
3 reasonable time necessary to prepare for trial, considering counsel's schedule and all of
4 the facts set forth above; and

5   (f) the period of delay from the date of this order to the new trial date is
6 excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

7   IT IS THEREFORE ORDERED that the trial date in this matter shall be
8 continued to September 16, 2024.

9   DONE this 25th day of January 2024.

               _____
               JAMES L. ROBART
               UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Andrew Kennedy*
Assistant Federal Public Defender
Attorney for Roger Barthel

ORDER TO CONTINUE TRIAL
(*U.S. v. Barthel*, No. 2:24-cr-00006-JLR) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100