The Honorable James L. Robart

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> ROGER PAUL BARTHEL, <br><br> Defendant. | NO. CR24-006 JLR <br><br> SCHEDULING ORDER |

The Court hereby enters a pretrial case scheduling order setting the following dates and deadlines in this case:

| Event | Deadline |
|---|---|
| Deadline for Preliminary Expert Disclosures under Fed. R. Crim. Proc 16(a)(1)(G), (b)(1)(C): Parties shall disclose the identity of any witness expected to provide testimony under Fed. R. Evid. 702, 703, or 705 in a party's case-in-chief along with a summary of the expected testimony | May 3, 2024 |

Scheduling Order - 1 *United States v. Barthel* / CR24-006 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Event | Deadline |
|---|---|
| Deadline for Rebuttal Expert Disclosures under Fed. R. Crim. Proc 16(a)(1)(G), (b)(1)(C): Parties shall disclose the identity of any witnesses expected to provide testimony under Fed. R. Evid. 702, 703, or 705 at trial to rebut the testimony of expert witnesses noticed in an opposing party's Preliminary Expert Disclosures | May 17, 2024 |
| Deadline for parties to complete disclosure required under Fed. R. Crim. Proc. 16(a)(1)(G)(iii) and (b)(1)(C)(iii) for witnesses identified in a party's Preliminary Expert Disclosures | May 31, 2024 |
| Deadline for parties to complete disclosure required under Fed. R. Crim. Proc. 16(a)(1)(G)(iii) and (b)(1)(C)(iii) for witnesses identified in a party's Rebuttal Expert Disclosures | June 28, 2024 |
| Deadline to file pretrial motions other than motions *in limine* and motions related to expert witnesses under Fed. R. Crim. Proc. 16(a)(1)(G), (b)(1)(C)  The response to any such motion shall be due 21 days from filing of that motion and any reply shall be filed within 14 days of the response. | June 28, 2024 |
| Deadline to file pretrial motions related to expert witnesses under Fed. R. Crim. Proc. 16(a)(1)(G), (b)(1)(C) | July 12, 2024 |
| Trial | September 16, 2024 |

IT IS SO ORDERED. DATED this 14th day of February 2024.

_____
THE HON. JAMES L. ROBART
United States District Court Judge

Presented by:

*s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
MICHAEL F. HARDER
Assistant United States Attorneys

*s/ Andrew Kennedy*
ANDREW KENNEDY
Attorney for Roger Paul Barthel